**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) **CRIMINAL NO. SA-23-CR-00185-DAE** |
| | ) |
| **(1) JOSE EMIGDIO Q. MENDOZA,** | ) |
| **(2) GERARDO ANTONIO IBARRA, JR.,** | ) |
| **(3) GERARDO CORONA, JR.,** | ) |
| **(4) GERARDO RAFAEL PEREZ, JR.,** | ) |
| **(5) ANTONIO OSIEL CASAREZ,** | ) |
| **(6) LUIS MATIAS LEAL,** | ) |
| **(7) FRANCISCO ALEJANDRO** | ) |
| **BENAVIDES,** | ) |
| **(8) MARK ANTHONY TREVINO, JR.,** | ) |
| | ) |
| **Defendants.** | ) |

**GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Ray A. Gattinella is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Ray A. Gattinella be added to the docket in the instant cause.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:     /s/
RAY A. GATTINELLA
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Texas Bar No. 00798202
Email: Ray.Gattinella@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participants:

**David Ray Olivas**
Email: lawyer@daveolivas.com
Attorney for Defendant Jose Emigdio Q. Mendoza

**Marina Thais Douenat**
Email: marina_douenat@fd.org
Attorney for Defendant Gerardo Antonio Ibarra, Jr.

**Scott W. McCrum**
Email: scott@mccrumdefense.com
Attorney for Defendant Gerardo Corona, Jr.

**Adriana Arce-Flores**
Email: judgeaaf@gmail.com
Attorney for Defendant Gerardo Rafael Perez, Jr.

**Adam L. Kobs**
Email: akobs@hotmail.com
Attorney for Defendant Antonio Osiel Casarez

**Daniel P. McCarthy**
Email: dan@mccarthy-law.com
Attorney for Defendant Luis Matias Leal

**Richard Timothy Molina**
Email: tim.molina@att.net
Attorney for Defendant Francisco Alejandro Benavides

**James Leonard Rodriguez**
Email: jrod1950@yahoo.com
Attorney for Defendant Mark Anthony Trevino, Jr.

/s/_____
RAY A. GATTINELLA
Assistant United States Attorney